**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| JESUS PEREZ and BLANCA PEREZ, husband and wife; JUANA MAESE, Administrator and Personal Representative of the Estate of Jesus Maese, deceased; and JUANA MAESE, Individually and as Surviving Wife of Jesus Maese, deceased,<br><br>Plaintiffs,<br>vs.<br><br>WERNER ENTERPRISES, INC.,<br>Defendant.<br><br>and<br><br>P.A.M. DEDICATED SERVICES, INC.,<br><br>Plaintiff,<br>vs.<br><br>WERNER ENTERPRISES, INC.<br><br>Defendant. | No. 05-3522-CV-S-FJG<br><br><br><br><br><br>No. 05-3558-CV-S-FJG |

**ORDER**

Pending before the Court is Defendant's Unopposed Motion for Consolidation of this Case [Case No. 05-3522] with 05-3558-CV-S-JCE for Discovery and Trial (Doc. No. 3 in Case No. 05-3522).

Because the above captioned cases involve many common issues of law and fact, defendant's motion will be granted pursuant to Federal Rule of Civil Procedure 42(a), and the above captioned cases are consolidated for all purposes. The parties are instructed

to electronically file documents pertinent to each case under each relevant, assigned case number.

Furthermore, defendant requests an extension of time to select a mediator; per the Early Assessment Program guidelines, the parties in Case No. 05-3522 were to have selected a mediator by November 16, 2005. In light of the consolidation of the pending cases, the Court extends the deadline for selection of a mediator to **December 22, 2005.**

**IT IS SO ORDERED.**

                                            /s/Fernando J. Gaitan, Jr.
                                            Fernando J. Gaitan, Jr.
                                            United States District Judge

Dated:   December 7, 2005
Kansas City, Missouri

2

Case 6:05-cv-03558-FJG   Document 8   Filed 12/07/05   Page 2 of 2